Louis Lombardi, Appellant, v. M. W. Quadrino & Co., Inc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Harry C. Zaun, Respondent. v. Midhamptons Corporation, Appellant, Impleaded with Others.— Order modified by elimination of items (a) and (b) of the order, and also by striking out the provision respecting the production of books and papers, with leave to the plaintiff to apply to the referee for such books and records, the production of which may appear to be material, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling. P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Angela Pappadopoulo, on Behalf of Herself and All Other Stockholders of Amalgamated Carpet Co., Ltd., Similarly Situated, Respondent, v. Avraam Elias Kazan and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Eleanor G. Sullivan, Respondent, against Teachers' Retirement Board, Appellant.— Order modified by granting an alternative mandamus order, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; McAvoy and O'Malley, JJ., dissent. Settle order on notice.

Crisco Realty Corporation, Respondent, v. Saxon Holding Co., Inc., Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Jeanne Weiss, Respondent, v. Frederick C. Weiss, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Kathryn Pollock, Respondent, v. Franklin B. Pollock, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Wallace S. Jacobs, Appellant, v. Sally S. Jacobs, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Helene Busse, Respondent, v. John E. Judge, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.